FILED
BILLINGS DIV.

2007 JUN 20 PM 4 34

PATRICK E. DUFFY, CLERK
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>VERONICA TIERSAFAITH DUST,<br><br>                Defendant. | No. CR 06-69-BLG-RFC<br><br>FINDINGS AND RECOMMENDATIONS CONCERNING PLEA |

The Defendant, by consent, has appeared before me under Fed. R. Crim. P. 11 and has entered a plea of guilty to the Count contained in the Indictment.

After examining the Defendant under oath, the Court determined that the guilty plea was knowingly, intelligently, and voluntarily entered; that the Defendant fully understands her constitutional rights and the extent to which such rights are waived; and that the offense charged and to which guilty plea was entered contained each of the essential elements of the offense.

The Court further concludes that the Defendant had adequate time to consult with counsel, that she fully understands the consequences of her guilty plea, and that all statements made at

NOTICE: Objections to these Findings and Recommendation are waived unless filed and served within ten (10) days. 28 U.S.C. § 636(b)(1)(B); Fed. R. Crim. P 59(b)(2).      -1-

the change of plea hearing were true.  I recommend that the Defendant be adjudged guilty and that sentence be imposed.

DATED this 20th day of June, 2007.

CAROLYN S. OSTBY
United States Magistrate Judge

NOTICE:  Objections to these Findings and Recommendation are waived unless filed and served within ten (10) days.  28 U.S.C. § 636(b)(1)(B); Fed. R. Crim. P 59(b)(2).

-2-